Sheri M. Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Nicholas.Adams@wilsonelser.com
*Attorneys for Defendants*
*Sandy Van, Sandy Van, LLC dba Van Law Firm,*
*and Van and Associates Law Firm, PLLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOCELYNE R. UY, an individual; and WESTLEY U. VILLANUEVA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SANDY VAN, an individual; NGAN VAN LE, an individual; SANDY VAN, LLC dba VAN LAW FIRM, a Nevada Domestic Limited-Liability Company; VAN AND ASSOCIATES LAW FIRM, PLLC, a Nevada Professional Limited Liability Company; JML HOLDINGS, LLC, a Nevada Domestic Limited-Liability Company; NGAN VAN LE as Trustee for the AD VITAM AUT CULPAM TRUST; JML SURGICAL CENTER, LLC, a Nevada Domestic Limited-Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:24-cv-00599-JCM-DJA <br><br> **STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER** <br> **(Second Request)** |

Defendants, Sandy Van, Sandy Van, LLC dba Van Law Firm, Van and Associates Law Firm, PLLC (the "Sandy Van Defendants"), Ngan Van Le, JML Holdings, LLC, Ad Vitam Aut Culpam Trust, and JML Surgical Center, LLC (the "Van Le Defendants") (collectively "Defendants"), by and through their respective counsel of record, and Plaintiffs, Jocelyne R. Uy and Westley U. Villanueva (collectively "Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

295284609v.1

This is the second stipulation to extend the time for Defendants to respond to Plaintiffs' First Amended Complaint. A previous stipulation was submitted on April 4, 2024 [ECF No. 4], and was denied without prejudice [ECF No. 5].

Following the notice of removal filed by the Sandy Van Defendants, all Defendants had until April 3, 2024, to respond to Plaintiffs' First Amended Complaint. *See* Fed. R. Civ. P. 81(c)(2)(C). On April 2, 2024, as a matter of professional courtesy, Plaintiffs granted Defendants up to and including April 17, 2024 to respond to their First Amended Complaint.

Good cause exists to extend the deadline for Defendants to respond to the First Amended Complaint. Prior to removal to this Court, the deadline for the Sandy Van Defendants to respond to the First Amended Complaint did not coincide with the Van Le Defendants' deadline. The best interests of the parties were served, and judicial economy was improved, by having all Defendants respond to the First Amended Complaint on the same day. Furthermore, removal shortened the time for the Van Le Defendants relative to their deadline prior to removal. Lastly, counsel for Defendants has conflicting time-sensitive firm deadlines in other matters, such as responding to written discovery and preparing supplemental disclosures, reviewing and responding to other complaints, and working on and responding to summary judgment motions. The granting of additional time helps counsel for Defendants better manage and prioritize their respective caseloads. Although Defendants' counsel have been diligent in evaluating Plaintiffs' First Amended Complaint, given the numerous causes of action asserted by Plaintiffs, including acts of alleged racketeering, additional time is needed for Defendants to fairly and adequately respond to the First Amended Complaint.

Excusable neglect also exists to permit the extension sought through this Stipulation even though it is requested after the deadline to respond to the First Amended Complaint has expired. As noted above, prior to expiration of the deadline, the parties submitted a stipulation extending the deadline. Due to oversight, counsel for Defendants failed to set forth the reasons (as noted herein) for the request for additional time to respond to the First Amended Complaint. The factors that courts consider in deciding whether neglect is excusable are thus met: (i) Plaintiffs, who have approved the extension, will not suffer prejudice if this request is granted: (ii) the delay in

295284609v.1

responding to the First Amended Complaint is minimal (e.g., Defendants will respond to the First Amended Complaint within three weeks of removal); (iii) Defendants did not delay in seeking the extension prior to the initial deadline; and (iv) Defendants have acted in good faith.

Counsel certifies that this request is made in good faith and not for the purposes of delay and request that it be granted by the Court.

DATED this day of 5th day of April, 2024

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: */s/ Nicholas F. Adams*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants*
*Sandy Van, Sandy Van, LLC dba Van Law Firm, and Van and Associates Law Firm, PLLC*

DATED this day of 5th day of April, 2024

**JEPSEN LAW, PLLC and ADLER & VILLANUEVA, LLC**

BY: */s/ Kendra Jepsen*
Kendra Jepsen, Esq.
Nevada Bar No. 014065
JEPSEN LAW, PLLC
405 March Avenue
Reno, Nevada 89509
Silvia U. Villanueva, Esq.
Nevada Bar No. 013608
ADLER & VILLANUEVA, LLC
111 W. Telegraph Street, Ste. 200
Carson City, Nevada 89703
*Attorneys for Plaintiffs Jocelyn R. Uy and Westley U. Villanueva*

-3-

295284609v.1

DATED this day of 5th day of April, 2024

**BAILEY KENNEDY, LLP**

BY: */s/ Joshua P. Gilmore*
Joshua P. Gilmore, Esq.
Nevada Bar No. 11576
8984 Spanish Ridge Ave.
Las Vegas, Nevada 89148
*Attorneys for Defendants*
*Ngan Van Le, JML Holdings, LLC, Ad Vitam Aut Culpam Trust, and JML Surgical Center, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED this ___9th___ day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

-4-

295284609v.1