1   DENNIS L. KENNEDY
    Nevada Bar No. 1462
2   JOSHUA P. GILMORE
    Nevada Bar No. 11576
3   TAYLER D. BINGHAM
    Nevada Bar No. 15870
4   **BAILEY❖KENNEDY**
    8984 Spanish Ridge Avenue
5   Las Vegas, Nevada 89148-1302
    Telephone:  702.562.8820
6   Facsimile:  702.562.8821
    DKennedy@BaileyKennedy.com
7   JGilmore@BaileyKennedy.com
    TBingham@BaileyKennedy.com
8
    *Attorneys for Defendants*
9   NGAN VAN LE, INDIVIDUALLY AND AS
    TRUSTEE FOR THE AD VITAM AUT
10  CULPAM TRUST; JML HOLDINGS, LLC,
    AND JML SURGICAL CENTER LLC
11
                    UNITED STATES DISTRICT COURT
12                       DISTRICT OF NEVADA
13

14  JOCELYNE R. UY, an individual; and
    WESTLEY U. VILLANUEVA, an individual,
                                                   Case No.  2:24-cv-00599-GMN-DJA
15                        Plaintiffs,
                                                   **STIPULATION AND ORDER
16          vs.                                    EXTENDING DEADLINE FOR REPLY
                                                   TO RESPONSE TO LE DEFENDANTS'
17  SANDY VAN, an individual; NGAN VAN LE,         MOTION TO DISMISS**
    an individual; SANDY VAN, LLC dba VAN
18  LAW FIRM, a Nevada Domestic Limited           **(FIRST REQUEST)**
    Liability Company; VAN AND ASSOCIATES
19  LAW FIRM, PLLC, a Nevada Professional
    Limited Liability Company; JML HOLDINGS,
20  LLC, a Nevada Domestic Limited-Liability
    Company; NGAN VAN LE as Trustee for the AD
21  VITAM AUT CULPAM TRUST; JML
    SURGICAL CENTER, LLC, a Nevada Domestic
22  Limited-Liability Company; DOES I through X;
    and ROE CORPORATIONS 1 through X,
23  inclusive,
24                        Defendants.
25

26          Defendants, Sandy Van, Sandy Van, LLC dba Van Law Firm, and Van and Associates Law

27  Firm, PLLC (collectively, the "Van Defendants"), by and through their counsel; Defendants, Ngan

28  Van Le, JML Holdings, LLC, Ad Vitam Aut Culpam Trust, and JML Surgical Center, LLC

1  (collectively, the "Le Defendants"), by and through their counsel; and Plaintiffs, Jocelyne R. Uy and

2  Westley U. Villanueva (collectively, "Plaintiffs"), by and through their counsel, hereby stipulate and

3  agree as follows:

4       1.     On April 17, 2024, the Le Defendants filed a Motion to Dismiss the First Amended

5  Complaint [ECF No. 12] (the "Le 12(b)(6) Motion");

6       2.     On May 1, 2024, Plaintiffs filed a Response [ECF No. 19] to the Le 12(b)(6) Motion;

7       3.     The Le Defendants presently have until May 8, 2024, to file a Reply to the Response

8  to the Le 12(b)(6) Motion;

9       4.     Due to work-related scheduling conflicts for the Le Defendants' counsel, including a

10  Fed. R. Civ. P. 12(b)(6) motion to dismiss in a RICO case, a confidential mediation statement in

11  another RICO case, a petition for rehearing in an appeal pending before the Nevada Supreme Court,

12  and extensive written discovery and supplemental disclosure obligations in two state court cases, and

13  based on the number of arguments to be addressed by the Le Defendants in their Reply to Plaintiffs'

14  Response to the Le 12(b)(6) Motion, and as a matter of professional courtesy extended by Plaintiffs'

15  counsel, the Le Defendants shall have until May 17, 2024 to file a Reply to the Response to the Le

16  12(b)(6) Motion; and

17  / / /

18  / / /

19  / / /

20

21

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

5. This is the first request to extend the deadline for filing the Reply to the Response to the Le 12(b)(6) Motion and is made in good faith and not for purposes of delay.

Dated this 7th day of May, 2024.

BAILEY❖KENNEDY

By: /s/ Joshua P. Gilmore
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    TAYLER D. BINGHAM

*Attorneys for Defendants,*
NGAN VAN LE, INDIVIDUALLY AND AS
TRUSTEE FOR THE AD VITAM AUT
CULPAM TRUST; JML HOLDINGS, LLC,
AND JML SURGICAL CENTER LLC

Dated this 7th day of May, 2024.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Sheri M. Thome
    SHERI M. THOME (Bar No. 8657)
    NICHOLAS F. ADAMS (Bar No. 14813)

*Attorneys for Defendants,*
SANDY VAN, SANDY VAN, LLC DBA
VAN LAW FIRM, AND VAN AND
ASSOCIATES LAW FIRM, PLLC

Dated this 7th day of May, 2024.

JEPSEN LAW, PLLC

By: /s/ Kendra Jepsen
    KENDRA JEPSEN (Bar No. 14065)

- and -

    SILVIA U. VILLANUEVA (Bar No. 13608)
    ADLER & VILLANUEVA, LLC

*Attorneys for Plaintiffs,*
JOCELYN R. UY AND WESTLEY U.
VILLANUEVA

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 8, 2024_____