1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSHUA P. GILMORE
   Nevada Bar No. 11576
3  TAYLER D. BINGHAM
   Nevada Bar No. 15870
4  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
6  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
7  JGilmore@BaileyKennedy.com
   TBingham@BaileyKennedy.com
8
   *Attorneys for Defendants*
9  NGAN VAN LE, INDIVIDUALLY AND AS
   TRUSTEE FOR THE AD VITAM AUT
10 CULPAM TRUST; JML HOLDINGS, LLC;
   AND JML SURGICAL CENTER, LLC

11

12                    UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
13

14  JOCELYNE R. UY, an individual; and
    WESTLEY U. VILLANUEVA, an individual,
15                                                  Case No.  2:24-cv-00599-GMN-DJA
                    Plaintiffs,
16
            vs.
17                                                  **STIPULATION AND ORDER EXTENDING
    SANDY VAN, an individual; NGAN VAN LE,          DEADLINE FOR RESPONSES TO THE
18  an individual; SANDY VAN, LLC dba VAN           SECOND AMENDED COMPLAINT [ ECF
    LAW FIRM, a Nevada Domestic Limited             NO. 31]**
19  Liability Company; VAN AND ASSOCIATES
    LAW FIRM, PLLC, a Nevada Professional           **(FIRST REQUEST)**
20  Limited Liability Company; JML HOLDINGS,
    LLC, a Nevada Domestic Limited-Liability
21  Company; NGAN VAN LE as Trustee for the AD
    VITAM AUT CULPAM TRUST; JML
22  SURGICAL CENTER, LLC, a Nevada Domestic
    Limited-Liability Company; DOES I through X;
23  and ROE CORPORATIONS 1 through X,
    inclusive,
24
                    Defendants.
25

26       Defendants, Sandy Van, Sandy Van, LLC dba Van Law Firm, and Van and Associates Law

27  Firm, PLLC (collectively, the "Van Defendants"), by and through their counsel; Defendants, Ngan

28  Van Le, individually and as Trustee for the Ad Vitam Aut Culpam Trust, JML Holdings, LLC, and

1  JML Surgical Center, LLC (collectively, the "Le Defendants"), by and through their counsel; and
2  Plaintiffs, Jocelyne R. Uy and Westley U. Villanueva (together, "Plaintiffs"), by and through their
3  counsel, hereby stipulate and agree as follows:

4    1.    On February 19, 2025, Plaintiffs filed their Second Amended Complaint and Jury
5  Demand Against All Defendants [ECF No. 31].

6    2.    Presently, the Van Defendants and the Le Defendants each have until March 5, 2025,
7  to respond to the Second Amended Complaint.

8    3.    Due to work-related scheduling conflicts, including several expert reports, motion
9  practice, depositions and associated preparation sessions, and an Amended Joint Pretrial Order
10 (among other tasks), and personal conflicts for the Le Defendants' counsel, including a family
11 vacation, and as a matter of professional courtesy extended by Plaintiffs' counsel, the Van
12 Defendants and the Le Defendants shall each have until March 26, 2025, to respond to Plaintiffs'
13 Second Amended Complaint.

14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

4. This is the first request to extend the deadline for responding to the Second Amended Complaint and is made in good faith and not for purposes of delay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| Dated this 3rd day of March, 2025. | Dated this 3rd day of March, 2025. |
| BAILEY❖KENNEDY | JEPSEN LAW, PLLC |
| By: */s/ Joshua P. Gilmore*<br>DENNIS L. KENNEDY<br>JOSHUA P. GILMORE<br>TAYLER D. BINGHAM | By: */s/ Kendra Jepsen*<br>KENDRA JEPSEN (Bar No. 14065) |
| *Attorneys for Defendants*<br>NGAN VAN LE, INDIVIDUALLY AND AS TRUSTEE FOR THE AD VITAM AUT CULPAM TRUST; JML HOLDINGS, LLC; AND JML SURGICAL CENTER LLC | *Attorneys for Plaintiffs*<br>JOCELYN R. UY AND WESTLEY U. VILLANUEVA |
| Dated this 3rd day of March, 2025. | Dated this 3rd day of March, 2025. |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | BLACK & WADHAMS |
| By: */s/ Sheri M. Thome*<br>SHERI M. THOME (Bar No. 8657)<br>NICHOLAS F. ADAMS (Bar No. 14813) | By: */s/ Silvia U. Villanueva*<br>SILVIA U. VILLANUEVA (Bar No. 13608) |
| *Attorneys for Defendants*<br>SANDY VAN; SANDY VAN, LLC DBA VAN LAW FIRM; AND VAN AND ASSOCIATES LAW FIRM, PLLC | *Attorneys for Plaintiffs*<br>JOCELYN R. UY AND WESTLEY U. VILLANUEVA |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 3/4/2025

Page **3** of **3**