| | |
|---|---|
| 1 | DENNIS L. KENNEDY<br>Nevada Bar No. 1462 |
| 2 | JOSHUA P. GILMORE<br>Nevada Bar No. 11576 |
| 3 | TAYLER D. BINGHAM<br>Nevada Bar No. 15870 |
| 4 | **BAILEY❖KENNEDY**<br>8984 Spanish Ridge Avenue |
| 5 | Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820 |
| 6 | Facsimile: 702.562.8821<br>DKennedy@BaileyKennedy.com |
| 7 | JGilmore@BaileyKennedy.com<br>TBingham@BaileyKennedy.com |

*Attorneys for Defendants*
NGAN VAN LE, INDIVIDUALLY AND AS TRUSTEE FOR THE AD VITAM AUT CULPAM TRUST; JML HOLDINGS, LLC; AND JML SURGICAL CENTER, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOCELYNE R. UY, an individual; and
WESTLEY U. VILLANUEVA, an individual,

Plaintiffs,

vs.

SANDY VAN, an individual; NGAN VAN LE, an individual; SANDY VAN, LLC dba VAN LAW FIRM, a Nevada Domestic Limited Liability Company; VAN AND ASSOCIATES LAW FIRM, PLLC, a Nevada Professional Limited Liability Company; JML HOLDINGS, LLC, a Nevada Domestic Limited-Liability Company; NGAN VAN LE as Trustee for the AD VITAM AUT CULPAM TRUST; JML SURGICAL CENTER, LLC, a Nevada Domestic Limited-Liability Company; DOES I through X; and ROE CORPORATIONS 1 through X, inclusive,

Defendants.

Case No. 2:24-cv-00599-GMN-DJA

**STIPULATION AND ORDER EXTENDING DEADLINE FOR RESPONSES TO THE SECOND AMENDED COMPLAINT [ ECF NO. 31]**

**(SECOND REQUEST)**

Defendants, Sandy Van, Sandy Van, LLC dba Van Law Firm, and Van and Associates Law Firm, PLLC (collectively, the "Van Defendants"), by and through their counsel; Defendants, Ngan Van Le, individually and as Trustee for the Ad Vitam Aut Culpam Trust, JML Holdings, LLC, and

Page **1** of 3

1  JML Surgical Center, LLC (collectively, the "Le Defendants"), by and through their counsel; and
2  Plaintiffs, Jocelyne R. Uy and Westley U. Villanueva (together, "Plaintiffs"), by and through their
3  counsel, hereby stipulate and agree as follows:
4      1.    On February 19, 2025, Plaintiffs filed their Second Amended Complaint and Jury
5  Demand Against All Defendants [ECF No. 31].
6      2.    On March 4, 2025, the Parties stipulated to extend Defendants deadline to respond to
7  the Second Amended Complaint from March 5, 2025, to March 26, 2025.
8      3.    On March 5, 2025, the Court filed its Order granting the Stipulation.
9      4.    Presently, the Van Defendants and the Le Defendants each have until March 26,
10 2025, to respond to the Second Amended Complaint.
11     5.    On March 5, 2025, Plaintiffs filed their Motion for Remand Based on Lack of Subject
12 Matter Jurisdiction (the "Motion to Remand").
13     6.    Defendants' response to Plaintiff's Motion to Remand is presently due March 19,
14 2025.
15     7.    A hearing has not yet been set on the Motion to Remand.
16     8.    The Parties agree and stipulate that the Le Defendants shall have until 14 days after
17 the Court rules on the Motion to Remand to respond to the Second Amended Complaint.
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

9. This is the second request to extend the deadline for responding to the Second Amended Complaint and is made in good faith and not for purposes of delay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 19th day of March, 2025.

BAILEY✥KENNEDY

By: /s/ Tayler D. Bingham
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    TAYLER D. BINGHAM

*Attorneys for Defendants*
NGAN VAN LE, INDIVIDUALLY AND AS TRUSTEE FOR THE AD VITAM AUT CULPAM TRUST; JML HOLDINGS, LLC; AND JML SURGICAL CENTER LLC

Dated this 19th day of March, 2025.

JEPSEN LAW, PLLC

By: /s/ Kendra Jepsen
    KENDRA JEPSEN (Bar No. 14065)

*Attorneys for Plaintiffs*
JOCELYN R. UY AND WESTLEY U. VILLANUEVA

Dated this 19th day of March, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sheri M. Thome
    SHERI M. THOME (Bar No. 8657)
    NICHOLAS F. ADAMS (Bar No. 14813)

*Attorneys for Defendants*
SANDY VAN; SANDY VAN, LLC DBA VAN LAW FIRM; AND VAN AND ASSOCIATES LAW FIRM, PLLC

Dated this 19th day of March, 2025.

BLACK & WADHAMS

By: /s/ Silvia U. Villanueva
    SILVIA U. VILLANUEVA (Bar No. 13608)

*Attorneys for Plaintiffs*
JOCELYN R. UY AND WESTLEY U. VILLANUEVA

The Court finds good cause to grant the parties' stipulation. *See* Fed. R. Civ. P. 6(b); *see* LR IA 6-1. However, in the interest of having a concrete deadline that the Court can more easily monitor, the Court will set a deadline for Defendants to file their answer, which deadline the parties may seek to extend if necessary.

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 35) is GRANTED IN PART AND DENIED IN PART. It is granted in part regarding the parties' request for an extension of time for Defendants to respond to the complaint. It is denied in part regarding their request that the extension be dependent on a future contingency.

IT IS FURTHER ORDERED that Defendants must file their answer to Plaintiffs' second amended complaint on or before May 19, 2025.

DATED: March 20, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Page **3** of **3**